# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LISA CARLSON | : | CIVIL ACTION |
|---|---|---|
| *Plaintiff,* | : | |
| v. | : | |
| QUALTEK WIRELESS, LLC | : | NO. 2:22-CV-00125 |
| *Defendant.* | : | JURY TRIAL DEMANDED |

### DEFENDANT, QUALTEK WIRELESS, LLC'S EXHIBIT LIST

Defendant, QualTek Wireless, LLC ("QW"), by and through its undersigned counsel, respectfully submit the following exhibit list pursuant to this Court's Scheduling Order dated March 29, 2022 [Doc. No. 18][1]:

| EXHIBITS THAT DEFENDANT EXPECTS TO OFFER AT TRIAL | | | |
|---|---|---|---|
| **EX. NO.** | **DATE** | **BATES NO./DOC IDENTIFIER** (where applicable) | **DESCRIPTION** |
| D001 | 3/27/22 | ECF No. 12 | Plaintiff's First Amended Complaint |
| D002 | 4/15/20 | CARSLON DISCOVERY 000030–000034 | EEOC Charge of Discrimination with Addendum |
| D003 | 8/16/21 | CARSLON DISCOVERY 000001–000002 | EEOC Determination |
| D004 | 3/2/20 | CARSLON DISCOVERY 000024–000034 | Director of Finance in King of Prussia, PA at Qualtek, Job Posting and Description |
| D005 | July 2019 | Qualtek00185-Qualtek00186 | Empire Telecom, LLC Director of Finance Job Description |
| D006 | Undated | Qualtek00439-Qualtek00442 | Director Degree List 2017–2020 |
| D007 | 11/19/17 | Qualtek00221-Qualtek00222 | Employment Offer Letter to Plaintiff |
| D008 | Undated | Qualtek00193-Qualtek00194 | Plaintiff's Resume |

---

[1] Due to QW's pending motion for summary judgment that may impact the issues at trial, QW reserves the right to supplement this list.

| EXHIBITS THAT DEFENDANT EXPECTS TO OFFER AT TRIAL ||||
|---|---|---|---|
| EX. NO. | DATE | BATES NO./DOC IDENTIFIER (where applicable) | DESCRIPTION |
|  |  |  |  |
| D009 | 3/30/18 | Qualtek00238 | Revised Offer Letter of Employment to Plaintiff |
| D010 | 1/29/18 | Qualtek00391-Qualtek00415 | Relevant Portions of B. Neff's Personnel File |
| D011 | 6/30/22 | Qualtek00417-Qualtek00418 | Salary Timeline Records for Plaintiff and B. Neff |
| D012 | 9/11/19 | Qualtek00368-Qualtek 00390 | Relevant Portions of B. Ebeling's Personnel File |
| D013 | 12/3/19 | Qualtek00188-Qualtek 00192 | Email string with Plaintiff and M. Web re: Application – Director of Finance |
| D014 | 1/24/20 | Qualtek00199 | Meeting Summary of Human Resources Discussion with Plaintiff |
| D015 | 1/31/20 | Qualtek00205-Qualtek00206 | D. Conn email re: Wireless Corporate Restructure |
| D016 | 2/13/20 | Qualtek00240-Qualtek00246 | Collection of Emails re: King of Prussia |
| D017 | 1/27/20 | Qualtek00197-Qualtek00198 | Email string with S. Trybula, Plaintiff, D. Conn and S. Kemmerer re: Bonus Issue |
| D018 | 4/1/18 | Qualtek00416 | Personnel Action Notice (PAN) for Plaintiff submitted by J. Busky |
| D019 | 1/31/20 | Qualtek00210-Qualtek00214 | Plaintiff's Severance Agreement and General Release |
| D020 | Jan. 2019 | Qualtek00001-Qualtek00160 | Qualtek Employee Handbook |
| D021 | 6/30/20 | Qualtek00173-Qualtek00177 | Chart of Salaries and Bonuses for Finance Employees |
| D022 | 2/12/20 | Qualtek00215 | Plaintiff's Termination Report |
| D023 | 12/1/17 | Qualtek00217-Qualtek00239 | Plaintiff's Personnel File |
| D024 | 7/12/22 | ECF No. 27-4 at 457–462 | Relevant Portions of QualTek Website |
| D025 | 2018 | Qualtek00419-Qualtek00432 | Plaintiff's 2018 Performance Reviews |
| D026 | 1/12/20 | Qualtek00433-Qualtek00438 | Plaintiff's 2019 Performance Review |

**FOX ROTHSCHILD LLP**

By: */s/ Colin D. Dougherty*
    COLIN D. DOUGHERTY
    ERIKA M. PAGE
    980 Jolly Road
    Suite 110
    Blue Bell, PA 19422-3001
    Telephone: (610) 397-6500
    Fax: (610) 397-0450
    cdougherty@foxrothschild.com
    epage@foxrothschild.com

Dated: July 28, 2022　　　　　　　　　　*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I, COLIN D. DOUGHERTY, hereby certify that, on this date, I served the foregoing document upon Plaintiff's counsel via electronic mail.

Dated:  July 28, 2022                        By: */s/ Colin D. Dougherty*
                                                          COLIN D. DOUGHERTY