# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LISA CARLSON | : | CIVIL ACTION |
|---|---|---|
|  | : |  |
| v. | : | NO. 22-125 |
|  | : |  |
| QUALTEK WIRELESS LLC | : |  |

## ORDER

**AND NOW**, this 10th day of August 2022, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 27), absent a filed compliant Opposition but considering Plaintiff's amended Response to Defendant's Statement of Undisputed Facts and Supplemental Appendix (ECF Doc. Nos. 35, 36), Defendant's Reply (ECF Doc. No. 38) to a stricken Opposition, extensive oral argument during which Plaintiff withdrew possible claims of discrimination under Title VII or the Equal Pay Act, finding no genuine issue of material fact as to the Plaintiff's remaining claims for retaliation under Title VII and Equal Pay Act and under the Pennsylvania Wage Payment and Collection Law, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **GRANT** Defendant's Motion for summary judgment (ECF Doc. No. 27);

2. We enter judgment in favor of Qualtek Wireless LLC and against Lisa Carlson; and,

3. The Clerk of Court shall **close** this case.

**KEARNEY, J.**