IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA CARLSON,<br><br>   *Plaintiff,*<br>v.<br><br>QUALTEK WIRELESS, LLC,<br><br>   *Defendant.* | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>: NO. 2:22-CV-00125<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2022, upon consideration of Defendant, Qualtek Wireless, LLC's Motion for Costs and Attorneys' Fees [ECF No. 52] and the Memorandum of Law in Support Thereof, it is hereby ORDERED that Defendant's Motion is GRANTED as follows:

1. As the prevailing party, Defendant is awarded costs, totaling $4,308.02, pursuant to Fed. R. Civ. P. 54(d)(1);

2. Defendant is awarded attorneys' fees, totaling $$181,113.00, pursuant to Fed. R. Civ. P. 54(d)(2); and

3. Plaintiff is instructed to remit these costs and attorneys' fees to Defendant by no later than thirty (30) days after the entry of this Order.

                   BY THE COURT:

                   _____

                   Hon. Mark A. Kearney
                   U.S. District Judge