# EXHIBIT 2

| | |
|---|---|
| **From:** | Timothy M. Kolman, Esq. |
| **To:** | Dougherty, Colin |
| **Cc:** | Page, Erika M.; Armstrong, Jacquelyn D. |
| **Subject:** | [EXT] Re: Carlson |
| **Date:** | August 21, 2022 11:32:05 AM |
| **Attachments:** | Kolman-Email-Logo_004a84f1-fd94-45a4-ad5f-6f1f97a0a97a.png |

Colin,
File what you want. I'm appealing the decision. That's my position.
Tim

Get Outlook for iOS

**Timothy M. Kolman, Esq.**
p:  +1 215-750-3134  |  f:  +1 215-750-3138
e:  TKolman@KolmanLaw.com
414 Hulmeville Avenue
Penndel, PA  19047



This e-mail communication is intended only for the use of the recipient(s) named above. This communication (or its attachments, if any) may contain information that is confidential, sensitive, protected by the attorney-client privilege, or subject to other protections. If you have received this communication in error and are not an intended recipient, you are advised that any review, use, forwarding, distribution or disclosure of its contents is strictly prohibited and that any inadvertent receipt is not to be deemed a waiver of the attorney-client privilege, the work product doctrine, or any other protection to which this communication may be subject. If you are not the intended recipient (or an agent or employee authorized to receive this communication for the intended recipient), please contact the sender immediately by reply e-mail or by telephone at (215) 750-3134 and delete all copies of this communication from your computer.

Please be advised that sending an e-mail to this law firm, or receipt of an e-mail from this law firm, does not establish an attorney-client relationship with any attorney, or with the firm, in the absence of an executed written fee agreement personally signed by you and a representative of the firm, and that no e-mail communications or other correspondence sent to or received from this law firm shall be deemed to modify the terms of any currently-existing written fee agreement in the absence of a written modification agreement personally signed by you and a representative of the firm. IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with Treasury Department regulations, we inform you that the information contained in this communication or its attachments is not written or intended to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the United States Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein. Nothing in this communication is intended to meet the "covered opinion" test or to constitute tax advice.

**From:** Dougherty, Colin <CDougherty@foxrothschild.com>
**Sent:** Sunday, August 21, 2022 11:07:00 AM
**To:** Timothy M. Kolman, Esq. <TKolman@KolmanLaw.com>
**Cc:** Page, Erika M. <EPage@foxrothschild.com>; Armstrong, Jacquelyn D. <JArmstrong@foxrothschild.com>
**Subject:** Carlson

Tim –

We intend to file a costs petition and, pursuant to Judge Kearney's policies and procedures, need your position on same.  I called you this past week but have not heard back from you.  Please advise if you oppose or would like to discuss.

Colin Dougherty

** PLEASE NOTE OUR ADDRESS HAS CHANGED **

**Colin Dougherty**
Partner
**Fox Rothschild LLP**
980 Jolly Road
Suite 110
P.O. Box 3001
Blue Bell, PA 19422-3001
(610) 397-3908 - direct
(610) 397-0450 - fax
CDougherty@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.