# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA CARLSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-125 |
| | : | |
| **QUALTEK WIRELESS LLC** | : | |

# ORDER

**AND NOW**, this 8th day of September 2022, upon considering Defendant's Motion for fees (ECF Doc. No. 52), Plaintiff's Response (ECF Doc. No. 55), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 52) is **DENIED**.

_____
**KEARNEY, J.**